# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Raul Garcia, on behalf of himself and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> MBJ Cafeteria Corp., MBJ LIC Corp., MBJ South Inc., Joaquin Vasques, Michael Geller, Richard Halem, and Chantey White <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-CV-3225 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (1) MBJ Cafeteria Corp. c/o NY Sec. of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231; (2) MBJ LIC Corp.,c/o NY Sec. of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231; (3) MBJ South Inc., c/o NY Sec. of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231; (4) Joaquin Vasques c/o MBJ Cafeteria Corp., 524 W. 59th Street, NY, NY 10019; (5) Michael Geller c/o MBJ LIC Corp., 31-10 Thomson Ave., Long Island City, NY 11101; (6) Richard Halem c/o MBJ South Inc., 300 Jay Street, Brooklyn, NY 11201; (7) Chantey White c/o MBJ South Inc., 300 Jay Street, Brooklyn, NY 11201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/30/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*